IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Passero, Joseph Edward | Case Number: 05 B 54524 |
|---|---|---|
| | Passero, Judith Ann | Judge: Wedoff, Eugene R |
| | Printed: 4/15/08 | Filed: 10/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 9, 2008
Confirmed: February 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 49,796.40 | |
| Secured: | | 15,903.01 |
| Unsecured: | | 30,626.23 |
| Priority: | | 0.00 |
| Administrative: | | 600.00 |
| Trustee Fee: | | 2,667.16 |
| Other Funds: | | 0.00 |
| Totals: | 49,796.40 | 49,796.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lynda Wesley | Administrative | 600.00 | 600.00 |
| 2. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 28,500.00 | 15,903.01 |
| 4. | Chase Home Finance | Unsecured | 2,550.04 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 2,827.65 | 8,009.88 |
| 6. | Amalgamated Bank Of Chicago | Unsecured | 3,390.49 | 9,604.23 |
| 7. | Resurgent Capital Services | Unsecured | 4,071.95 | 11,534.61 |
| 8. | DCFS Trust | Unsecured | 2,727.54 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 521.59 | 1,477.51 |
| 10. | Harris Bank | Secured | | No Claim Filed |
| 11. | Bank Of America | Unsecured | | No Claim Filed |
| 12. | Harris Bank | Unsecured | | No Claim Filed |
| 13. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | $ 45,189.26 | $ 47,129.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 117.86 |
| 5% | 75.00 |
| 4.8% | 143.69 |
| 5.4% | 2,330.61 |
| | $ 2,667.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Passero, Joseph Edward
Passero, Judith Ann
Printed:  4/15/08

Case Number:  05 B 54524
Judge:  Wedoff, Eugene R
Filed:  10/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

